

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Megan Marie Lange,                  * Original Mandamus Proceeding


No. 11-23-00210-CR                         * September 29, 2023

                                           * Memorandum Opinion by Trotter, J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has considered Megan Marie Lange's motion to dismiss her petition for writ of mandamus and writ of prohibition and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the motion to dismiss is granted and the proceeding is dismissed.   We also withdraw our order dated September 18, 2023, staying the proceedings in the trial court.